IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDELL NEWTON, | No. C-11-00309 EDL |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| OFFICER CURZEN, | |
| Defendant. / | |

By court order filed on January 21, 2011, this case was set for an initial case management conference on May 3, 2011 at 10:00 a.m. Plaintiff, who is representing himself, did not appear on May 3, 2011 for the case management conference. Nor did he file a case management conference statement as required by the January 21, 2011 court order. Further, although Plaintiff filed a document entitled "Civil Action Proof of Service" indicating that Plaintiff mailed something to "Warden(s) SC" by certified mail on February 4, 2011, there has been no showing that Plaintiff has served Defendant with the summons and complaint in accordance with Federal Rule of Civil Procedure 4.

Accordingly, Plaintiff is ordered to show cause as to why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff's response to this Order to Show Cause shall be due no later than May 27, 2011. It is further ordered that if Plaintiff fails to file a response to this Order to Show Cause by May 27, 2011, the Court will recommend dismissal of the action without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May _6__, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge