UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CARDELL NEWTON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>OFFICER CURZEN and SAN QUENTIN STATE PRISON,<br><br>　　　　Defendants. | Case No:  C 11-00309 SBA<br><br>**ORDER TO SHOW CAUSE** |

　　　On January 21, 2011, Plaintiff Cardell Newton ("Plaintiff") brought this action against Defendants Officer Curzen and San Quentin State Prison, alleging four causes of action styled as follows: (1) "Violation of Constitutional Right to Due Process"; (2) "Malice"; (3) "Negligent"; and (4) "Liable."  Compl., Dkt. 1.  To date, however, Plaintiff has not properly served either Defendant with a summons and complaint in accordance with Rule 4 of the Federal Rules of Civil Procedure.

　　　Under Rule 4(m), if a defendant is not served within 120 days after the complaint is filed, the Court must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  Fed.R.Civ.P. 4(m).  The Court, however, must extend the time for service for an appropriate period if the plaintiff shows good cause for the failure to serve the defendant.  Id.  Good cause means, at a minimum, excusable neglect.  Boudette v. Barnette, 923 F.2d 754, 756 (9th Cir. 1991).  A plaintiff may be required to show the following factors in order to bring the excuse to the level of good cause: (1) the party to be served personally received actual notice of the lawsuit; (2) the defendant would suffer no prejudice; and (3) plaintiff would be severely prejudiced if his complaint were dismissed.  In re Sheehan, 253 F.3d 507, 512 (9th Cir. 2001).

In light of Plaintiff's failure to serve Defendants within 120 days after the complaint was filed, the Court orders Plaintiff to show cause why this case should not be dismissed under Rule 4(m). Plaintiff shall file a response to this Order to Show Cause by no later than May 4, 2012. Plaintiff is warned that the failure to file a timely response to this Order will result in dismissal of this action without prejudice.

IT IS SO ORDERED.

Dated: 4/24/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT FOR THE |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

NEWTON et al,

        Plaintiff,

  v.

CURZEN et al,

        Defendant.
                                             /

Case Number: CV11-00309 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 25, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cardell Newton
718 33rd Street
Oakland, CA 94609

Dated: April 25, 2012

                                    Richard W. Wieking, Clerk
                                        By: Lisa Clark, Deputy Clerk